UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRENT INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-01393-KJD-LRL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff's application to proceed *in forma pauperis* is incomplete however; he failed to file the required financial documentation, including the Financial Certificate signed by an authorized officer. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff is granted thirty (30) days to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court, accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to

1  proceed *in forma pauperis*, along with all required financial documentation, on the form provided by
2  this court. Plaintiff's failure to file an application to proceed *in forma pauperis* in compliance with this
3  order may result in the dismissal of his lawsuit without prejudice.

5      DATED this 23rd day of November, 2010.

               _____
               UNITED STATES MAGISTRATE JUDGE

2