UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRENT INGRAM, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-01393-KJD-LRL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. By order dated November 23, 2010, the court directed plaintiff to file a completed application to proceed *in forma pauperis* on the court-approved forms and along with the required financial documentation within thirty (30) days of the date of entry of the order (docket #2). The court expressly warned plaintiff that failure to comply with this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record.

More than the allotted time has elapsed, and plaintiff has not responded to this court's order in any manner. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

1 **IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice**
2 for the failure of plaintiff to comply with this court's order dated November 23, 2010.
3 **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly
4 and close this case.
5 DATED: January 14, 2011

_____
UNITED STATES DISTRICT JUDGE